**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

E-Mail: sforman@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com

Attorneys for Defendant, LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANA CRITTENDEN,<br><br>               Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., a North Carolina corporation, and DOES 1 to 100, Inclusive,<br><br>               Defendants. | Case No.: 5:22-cv-00873 CJC (KKx)<br>Superior Court Case No.: CVSW2200590<br>*[Reassigned to District Judge Cormac J. Carney; Magistrate Judge Kenly Kiya Kato]*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 19, 2022 |

///
///
///
///
///
///
///
///
///
///
///
///

- 1 -

**JOINT NOTICE OF SETTLEMENT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**TO THE COURT:**

As required by Local Rule 16-15.7(a), counsel jointly submit this Notice of Settlement to notify the Court that the parties have reached a settlement agreement in this litigation.

Dated:  August  10 , 2023

KIRTLAND & PACKARD LLP

By: _____

MICHAEL LOUIS KELLY
HEATHER BAKER DOBBS
CONNOR M. KAREN
Attorneys for Plaintiff,
DANA CRITTENDEN

Dated: August  10, 2023

THARPE & HOWELL, LLP

By: _____

STEPHANIE FORMAN
DIANA M. RIVERA
Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), Diana Rivera, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

- 2 -
**JOINT NOTICE OF SETTLEMENT**

CRITTENDEN V. LOWE'S HOME CENTERS, LLC
Case No.: 5:22-cv-00873 CJC (KKx)

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

1.  At the time of service, I was at least 18 years of age and **not a party to this**

4

**legal action.**

5

2.  My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

6

3.  I served copies of the following documents (specify the exact title of each

7

document served):

8

**JOINT NOTICE OF SETTLEMENT**

9

4.  I served the documents listed above in item 3 on the following persons at the addresses listed:

<table>
<tr><td>Fred D. Crawford, IV, Esq.<br>LAW OFFICES OF FRED DANIELS CRAWFORD, IV<br>404 Torrance Boulevard<br>Redondo Beach, CA  90277<br>Tel: 310.792.3738<br>Fax: 310.792.3739<br>Email: fred@crawfordlegal.com</td><td>Attorney for Plaintiff, DANA CRITTENDEN</td></tr>
<tr><td>Michael Louis Kelly, Esq.<br>Heather Baker Dobbs, Esq.<br>Connor M. Karen, Esq.<br>KIRTLAND & PACKARD LLP<br>1638 South Pacific Coast Highway<br>Redondo Beach,<br>California 90277<br>Tel: (310) 536-1000<br>Fax: (310) 536-100<br>Email: mlk@kirtlandpackard.com<br>Email: hmb@kirtlandpackard.com<br>Email: cmk@kirtlandpackard.com<br>Email: mfc@kirtlandpackard.com</td><td>Associated Counsel for Plaintiff, DANA CRITTENDEN</td></tr>
</table>

5.  a.  **X**    **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 3 -

**JOINT NOTICE OF SETTLEMENT**

6.   I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 8/10/2023 | Belinda A. Porras | *Belinda Porras* |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32700\Pleadings\FEDERAL\Jt. Notice of Settlement.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221