1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

E-Mail:  sforman@tharpe-howell.com
E-Mail:  drivera@tharpe-howell.com

Attorneys for Defendant, LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANA CRITTENDEN,<br><br>               Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., a North Carolina corporation, and DOES 1 to 100, Inclusive,<br><br>               Defendants. | Case No.: 5:22-cv-00873 CJC (KKx)<br>*[Riverside Superior Court Case No.: CVSW2200590]*<br><br>*[Reassigned to Cormac J. Carney, District Judge; Kenly Kiya Kato, Magistrate Judge]*<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: January 19, 2022 |

///

///

///

///

///

///

///

///

///

///

///

///

- 1 -

**PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff DANA CRITTENDEN ("Plaintiff") and Defendant LOWE'S HOME CENTERS, LLC by and through their respective counsel of record, hereby stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice.

**IT IS SO STIPULATED.**

Dated: August 21, 2023                           KIRTLAND & PACKARD LLP

By: _____

MICHAEL LOUIS KELLY
HEATHER BAKER DOBBS
CONNOR M. KAREN
Attorneys for Plaintiff,
DANA CRITTENDEN

Dated: August 23, 2023                           THARPE & HOWELL, LLP

By: _____

STEPHANIE FORMAN
DIANA M. RIVERA
Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

*Pursuant to Local Rule 5-4.3.4(a)(2)(i), Diana Rivera, the filer of this document, attests that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**
CRITTENDEN V. LOWE'S HOME CENTERS, LLC
Case No.: 5:22-cv-00873 CJC (KKx)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service, I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Fred D. Crawford, IV, Esq.<br>LAW OFFICES OF FRED DANIELS<br>CRAWFORD, IV<br>404 Torrance Boulevard<br>Redondo Beach, CA  90277<br>Tel: 310.792.3738<br>Fax: 310.792.3739<br>Email: fred@crawfordlegal.com | Attorney for Plaintiff, DANA CRITTENDEN |
| Michael Louis Kelly, Esq.<br>Heather Baker Dobbs, Esq.<br>Connor M. Karen, Esq.<br>KIRTLAND & PACKARD LLP<br>1638 South Pacific Coast Highway<br>Redondo Beach,<br>California 90277<br>Tel: (310) 536-1000<br>Fax: (310) 536-100<br>Email: mlk@kirtlandpackard.com<br>Email: hmb@kirtlandpackard.com<br>Email: cmk@kirtlandpackard.com<br>Email: mfc@kirtlandpackard.com | Associated Counsel for Plaintiff, DANA CRITTENDEN |

5.   a.   **X**         **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4.  No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

6.    I served the documents by the means described in item 5 on *(date): See below*

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

| 8/23/2023 | Belinda A. Porras | *Belinda A. Porras* |
|-----------|-------------------|---------------------|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\32000-000\32700\Pleadings\FEDERAL\POS re Voluntary dismissal.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

- 2 -
PROOF OF SERVICE