UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANA CRITTENDEN,<br><br>        Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC., a North Carolina corporation, and DOES 1 to 100, Inclusive,<br><br>        Defendants. | Case No.: 5:22-cv-00873 CJC (KKx)<br>[Riverside Superior Court Case No.: CVSW2200590]<br><br>[Reassigned to Cormac J. Carney, District Judge; Kenly Kiya Kato, Magistrate Judge<br><br>**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Complaint Filed: January 19, 2022 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff DANA CRITTENDEN is hereby dismissed in its entirety, with prejudice.

Dated: August 24, 2023

By: _____
HON. CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE